FILED
CLERK, U.S. DISTRICT COURT

JUL - 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ERIC SHAWN KEMP,<br><br>        Petitioner,<br><br>       v.<br><br>ANTHONY MALFI, WARDEN,<br><br>        Respondent. | No. EDCV 06-1401 CAS (AJW)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report), and petitioner's objections. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a *de novo* determination of the portions to which objections were directed.

DATED: July 8, 2008

_____
Christina A. Snyder
United States District Judge